IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DONTY LEDEL SIMMONS**                                                                          **PLAINTIFF**

V.                                    **5:10CV00158 BSM/JTR**

**GERALD ROBINSON,**
**Sheriff of Jefferson County, et al.**                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered on this date, it is considered, ordered, and adjudged, that this case is hereby dismissed without prejudice. Further, it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this judgment and the accompanying order of dismissal would not be taken in good faith.

IT IS SO ORDERED THIS 29th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE